442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**RECEIVED**

2018 DEC 10 P 12: 41

**U.S. MARSHALS
TOLEDO, OH**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Damon M. Joseph aka Abdullah Ali Yusuf | ) Case No. 3:18mj5413 |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

FILED

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

2018 DEC 11 PM 1:52

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Damon M. Joseph aka Abdullah Ali Yusuf                                                    .
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2339B(a)(1) - Attempting to Provide Material Support or Resources to a Foreign Terrorist Organization

Date:  **Dec 10, 2018**                                          _____
                                                                                      *Issuing officer's signature*

City and state:     Toledo, Ohio                                   Magistrate Judge James R. Knepp, II
                                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/10/2018 , and the person was arrested on *(date)* 12/07/2018 at *(city and state)* Holland, OH . |
| Date: 12/10/2018                                          _____ *Arresting officer's signature* |
| J. Troy Amundson, FBI, SA _____ *Printed name and title* |